**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

STEPHEN KNOWLES, TRUSTEE,              )
BRICKLAYERS OF INDIANA RETIREMENT      )
PLAN, BRICKLAYERS & TROWEL TRADES      )
INTERNATIONAL PENSION FUND, BAC 4      )
IN/KY APPRENTICESHIP & TRAINING        )
PROGRAM, INTERNATIONAL UNION OF        )
BRICKLAYERS AND ALLIED CRAFTWORKERS)
LOCAL 4 OF INDIANA & KENTUCKY, and     )
BRICKLAYERS AND ALLIED CRAFTWORKERS    )
LOCAL 4 IN/KY INDIANAPOLIS, TERRE HAUTE, )
BLOOMINGTON PENSION FUND               )
                                       )
                 *Plaintiffs,*           )          Case No. 26-cv-1448
                                       )
        v.                             )
                                       )
                                       )
MIDWEST CAULKING, INC, an Indiana      )
corporation                            )
                                       )
                                       )
                 *Defendant.*            )

**DEFENDANT'S ANSWER TO PLAINTIFFS' COMPLAINT**

NOW COMES Defendant, MIDWEST CAULKING, INC, through its undersigned

Counsel, Allocco, Miller & Cahill, P.C., and for its Answer to the Complaint of Plaintiffs

states as follows:

**JURISDICTION AND VENUE**

1.      (a)    Jurisdiction of this cause is based upon Section 502 of the Employee

Retirement Income Security Act of 1974, 29 U.S.C. Section 1132 ("ERISA") and 29 U.S.C. 1145 as

amended.

**ANSWER:** Defendant admits the allegations in paragraph 1(b).

1.      (b)    Venue is founded pursuant to 29 U.S.C. Section 1132(e) (2) in this

district, where the Funds as described in paragraph 2, are administered and 29 U.S.C. Section

1

185(c).

**ANSWER**: Defendant admits the allegations in paragraph 1(b).

**PARTIES**

2.    (a)    The Plaintiffs in this count STEPHEN KNOWLES, TRUSTEE, BRICKLAYERS OF INDIANA RETIREMENT PLAN, BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND, BRICKLAYERS & ALLIED CRAFTWORKERS INTERNATIONAL HEALTH FUND, BAC 4 IN/KY APPRENTICESHIP & TRAINING PROGRAM, INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 4 OF INDIANA & KENTUCKY ("the Funds") and have standing to sue pursuant to 29 U.S.C. Section 1132(d)(1).

**ANSWER**: Defendant admits the allegations in paragraph 2(a).

2.    (b)    The Funds have been established pursuant to collective bargaining agreements previously entered into between the Bricklayers Union Local 4, IN/KY and its affiliated locals ("the Union") and certain employer associations whose employees are covered by the collective bargaining agreement with the Union.

**ANSWER**: Defendant admits the allegations in paragraph 2(b).

2.    (c)    The Funds are maintained and administered in accordance with and pursuant to the provisions of the National Labor Relations Act, as amended, and other applicable state and federal laws and also pursuant to the terms and provisions of the agreements and Declarations of Trust which establish the Funds.

**ANSWER**: Defendant admits the allegations in paragraph 2(c).

3.    (a)    MIDWEST CAULKING INC., (hereafter "MIDWEST"), employs persons performing bargaining unit work in the jurisdiction of Union and is bound to make contributions for hours worked by its bargaining unit employees.

**ANSWER**: Defendant admits the allegations in paragraph 3(a).

2

(b)    MIDWEST has its principal place of business in Dillsboro, Indiana.

**ANSWER**: Defendant denies the allegations in paragraph 3(b).

(c)    MIDWEST is an employer engaged in an industry affecting commerce.

**ANSWER**: Defendant admits the allegations in paragraph 3(c).

4.    Since June1, 1996, MIDWEST has entered into a collective bargaining agreement with the Union pursuant to which it is required to pay specified wages and to make periodic contributions to the Funds on behalf of certain of its employees. (Exhibit "A")

**ANSWER**: Defendant admits the allegations in paragraph 4.

5.    By virtue of certain provisions contained in the collective bargaining agreements, MIDWEST is bound by the Trust Agreement establishing the Funds.

**ANSWER**: Defendant admits the allegations in paragraph 5.

6.    Under the terms of the collective bargaining agreements and Trust Agreements to which it is bound, MIDWEST is required to make contributions to the Funds on behalf of their employees and, when given reasonable notice by Plaintiffs or their representatives, to submit all necessary books and records to Plaintiff's accountant for the purpose of determining whether or not it is in compliance with its obligation to contribute to the Funds.

**ANSWER**: Defendant admits the allegations in paragraph 6.

7.    Plaintiffs are advised and believe that from JUNE 1, 2024 through the present, MIDWEST has failed to make some of the contributions from time to time required to be paid by it to the Funds pursuant to the terms of the Trust Agreements by which it is bound, all in violation of its contractual obligations and its obligations under applicable state and federal statutes.

**ANSWER**: Defendant denies the allegations in paragraph 7.

Dated: July 28, 2026

Respectfully submitted,

MIDWEST CAULKING, INC.

By:  /s/ Todd A. Miller
Attorney for Defendant

Todd A. Miller (ARDC #6216561)
Kathleen M. Cahill (ARDC #6269486)
**Allocco, Miller, & Cahill P.C.**
*Attorney for Defendant*
20 North Wacker Drive, Suite 3517
Chicago, IL 60606
Telephone: (312) 675-4325
Fax: (312) 675-4326
tam@alloccomiller.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on today's date, **July 28, 2026**, he served a copy of **Defendant's Answer to Plaintiffs' Complaint** via CM/ECF to the Plaintiff's counsel at the email/address below:

Donald D. Schwartz
ARNOLD AND KADJAN, LLP
35 E. Wacker Dr., Suite 600
Chicago, Illinois 60601
(312) 236-0415
dds@aandklaw.com


/s/ Todd A. Miller
Attorney for Defendant
**Allocco, Miller, & Cahill P.C.**
20 North Wacker Drive, Suite 3517
Chicago, IL 60606
Telephone: (312) 675-4325
Fax: (312) 675-4326
tam@alloccomiller.com
State Bar no. 6216561

5