UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

STEPHEN KNOWLES,                                    )
BRICKLAYERS OF INDIANA RETIREMENT          )
PLAN,                                              )
BRICKLAYERS & TROWEL TRADES                 )
INTERNATIONAL PENSION FUND,                  )
BRICKLAYERS & ALLIED CRAFTWORKERS         )
INTERNATIONAL HEALTH FUND,                   )
BAC 4 IN/KY APPRENTICESHIP & TRAINING     )
PROGRAM,                                           )
INTERNATIONAL UNION OF BRICKLAYERS       )
AND ALLIED CRAFTWORKERS LOCAL 4 OF      )
INDIANA & KENTUCKY,                             )
BRICKLAYERS AND ALLIED                        )
CRAFTWORKERS LOCAL 4 IN/KY                   )
INDIANAPOLIS, TERRE HAUTE,                   )
BLOOMINGTON PENSION FUND,                    )
                                                   )
                    Plaintiffs,                    )
                                                   )
         v.                                        )        No. 1:26-cv-01448-JMS-MKK
                                                   )
MIDWEST CAULKING INC.,                        )
                                                   )
                    Defendant.                     )

**SCHEDULING ORDER**
**HON. MAGISTRATE JUDGE M. KENDRA KLUMP**

This matter is scheduled for a telephonic initial pretrial conference on **August 24, 2026 at 11:30 a.m. (Eastern)**. Counsel shall attend the conference by calling the designated telephone number, to be provided by the Court via email. In advance of the initial pretrial conference, counsel shall plan for discovery and conduct the conference contemplated by Fed. R. Civ. P. 26(f). Counsel need not prepare a case management plan, but should confer about deadlines necessary to prepare the case for submission to the Court.

Represented parties shall attend the initial pretrial conference by counsel.  Counsel who attend the conference must have their appearance on file.  Represented parties are not required (but are permitted) to attend this conference.

SO ORDERED.

Date: 7/29/2026

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email.