UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STEPHEN KNOWLES,<br>BRICKLAYERS OF INDIANA RETIREMENT PLAN,<br>BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND,<br>BRICKLAYERS & ALLIED CRAFTWORKERS INTERNATIONAL HEALTH FUND,<br>BAC 4 IN/KY APPRENTICESHIP & TRAINING PROGRAM,<br>INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 4 OF INDIANA & KENTUCKY,<br>BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 4 IN/KY INDIANAPOLIS, TERRE HAUTE, BLOOMINGTON PENSION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>MIDWEST CAULKING INC.,<br><br>Defendant. | ) | No. 1:26-cv-01448-JMS-MKK |

**ENTRY AND ORDER FROM TELEPHONIC INITIAL PRETRIAL CONFERENCE**

On August 24, 2026, the Plaintiff, by counsel, appeared for a telephonic initial pretrial conference with the Magistrate Judge. Defendant's counsel failed to appear.

This matter is set for a telephonic show cause hearing on **September 28, 2026, at 3:30 p.m. (Eastern)**, with Magistrate Judge M. Kendra Klump. Defendant's counsel will need to appear and explain why sanctions should not be issued for his failure to appear at the August 24, 2026, telephonic status conference. The Court will contact counsel by separate email through the Court's electronic filing system with the call-in information to be used to participate in the conference.

The conference concluded without further order.

Date: 8/25/2026

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.