**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| STEPHEN KNOWLES, TRUSTEE, BRICKLAYERS OF INDIANA RETIREMENT PLAN, BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUNDBRICKLAYERS & ALLIED CRAFTWORKERS INTERNATIONAL HEALTH FUND, BAC 4 IN/KY APPRENTICESHIP & TRAINING PROGRAM, INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 4 OF INDIANA & KENTUCKY, and BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 4 IN/KY INDIANAPOLIS, TERRE HAUTE, BLOOMINGTON PENSION FUND | ) Case 1:26-cv-1448-JMS-MKK |
| Plaintiffs, | ) |
| v. | ) |
| MIDWEST CAULKING INC. an Indiana corporation, | ) |
| Defendants. | ) |

**<u>AGREED STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

The parties having so stipulated, the above-captioned cause of action is hereby dismissed with prejudice. Each party will bear its own respective attorney's fees and costs without reimbursement.

| | |
|---|---|
| Donald D. Schwartz<br>ARNOLD AND KADJAN, LLP<br>35 E Wacker Dr, Ste 600<br>Chicago, IL 60601<br>Attorney for Plaintiffs | Todd Miller<br>Allocco, Miller, & Cahill, P.C.<br>20 N. Wacker Drive Suite 3517<br>Chicago, IL 60606<br>Attorney for Defendant |

**CERTIFICATE OF SERVICE**

I hereby certify that this Agreed Stipulation of Dismissal with Prejudice was filed electronically on the 29th day of September 2026, and a copy of the foregoing will be sent to the following parties by operation of the Courts electronic filing system.

*/s/Todd Miller*
Todd Miller
Allocco, Miller, & Cahill, P.C.
20 N. Wacker Drive Suite 3517
Chicago, IL 60606
312-675-4325
tam@alloccomiller.com

/s/ Donald D. Schwartz
Donald D. Schwartz

Donald D. Schwartz
ARNOLD AND KADJAN, LLP
35 E. Wacker Dr., Suite 600
Chicago, IL 60601
Phone: (312) 236-0415
Fax: (312) 341-0438