UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEPHEN KNOWLES,<br>BRICKLAYERS OF INDIANA RETIREMENT PLAN,<br>BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND,<br>BRICKLAYERS & ALLIED CRAFTWORKERS INTERNATIONAL HEALTH FUND,<br>BAC 4 IN/KY APPRENTICESHIP & TRAINING PROGRAM,<br>INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 4 OF INDIANA & KENTUCKY,<br>BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 4 IN/KY INDIANAPOLIS, TERRE HAUTE, BLOOMINGTON PENSION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>MIDWEST CAULKING INC.,<br><br>Defendant. | No. 1:26-cv-01448-JMS-MKK |

**ENTRY AND ORDER FROM TELEPHONIC SHOW CAUSE HEARING**

On September 28, 2026, the Parties, by counsel, appeared for a telephonic show cause hearing with the Magistrate Judge. Defense counsel explained his prior failure to appear, and the show cause was discharged.

The Parties notified the Court that they have agreed to a settlement of this case. Therefore, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are **VACATED**.

Within 30 days of the date of this entry, counsel for the Plaintiff shall file a motion to dismiss this cause and submit an order for the Court’s signature ordering the dismissal of this action or a stipulation of dismissal (consistent with the agreement of the Parties). Additional time to complete the execution of the settlement documents may be granted if requested in writing before expiration of this period.

The conference concluded without further order.

Date: 9/29/2026

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.