**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

STEPHEN KNOWLES, TRUSTEE, BRICKLAYERS OF INDIANA RETIREMENT PLAN, BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUNDBRICKLAYERS & ALLIED CRAFTWORKERS INTERNATIONAL HEALTH FUND, BAC 4 IN/KY APPRENTICESHIP & TRAINING PROGRAM, INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 4 OF INDIANA & KENTUCKY, and BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 4 IN/KY INDIANAPOLIS, TERRE HAUTE, BLOOMINGTON PENSION FUND

Plaintiffs,

v.

MIDWEST CAULKING INC. an Indiana corporation,

Defendants.

) Case 1:26-cv-1448-JMS-MKK

Dismissal with prejudice acknowledged [13]. JMS, DJ 9/30/26 Distribution via ECF

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

The parties having so stipulated, the above-captioned cause of action is hereby dismissed with prejudice. Each party will bear its own respective attorney's fees and costs without reimbursement.

Donald D. Schwartz
ARNOLD AND KADJAN, LLP
35 E Wacker Dr, Ste 600
Chicago, IL 60601
Attorney for Plaintiffs

Todd Miller
Allocco, Miller, & Cahill, P.C.
20 N. Wacker Drive Suite 3517
Chicago, IL 60606
Attorney for Defendant